| | | | |
|---|---|---|---|
| Com. v. Witherspoon [80] | 02/01/2016 814 MAL (2015) | Denied | Pa.Super., 125 A.3d 456 |
| Cornette v. Grace [81] | 12/29/2015 737 MAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Dietrich v. Dietrich [82] | 12/31/2015 220 WAL (2015) | Denied | Pa.Super., 114 A.3d 887 |
| Erie Ins. Exchange v. Lobenthal [83] | 12/29/2015 282, 283 WAL (2015) | Denied | Pa.Super., 114 A.3d 832 |
| Gasior v. Kennametal, Inc. | 12/08/2015 248 WAL (2015) | Denied | Pa.Super., 120 A.3d 1060 |
| Gudalefsky v. Nipple [84] | 12/29/2015 673 MAL (2015) | Denied | Pa.Super., 122 A.3d 1134 |
| Herr-Voss Stamco, Inc. v. Bauer | 11/20/2015 389 EAL (2015) | Denied | Pa.Super., 125 A.3d 408 |
| Hill v. Crozer Chester Medical Center; Yusem, In re [85] | 12/30/2015 645 MAL (2015) | Denied | No. 1435 EDA 2015 |
| Investment Bldg., Ltd. v. McArdle [86] | 01/04/2016 371 WAL (2015) | Denied | No. 960 WDA 2015 |

80. Justice EAKIN did not participate in the decision of this matter.

81. Justice EAKIN did not participate in the decision of this matter; Reargument Denied February 22, 2016.

82. Justice EAKIN did not participate in the decision of this matter.

83. Justice EAKIN did not participate in the decision of this matter.

84. Justice EAKIN did not participate in the decision of this matter.

85. Justice EAKIN did not participate in the decision of this matter.

86. Justice EAKIN did not participate in the decision of this matter.